1076

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARLOS VALENTIN, Respondent.

Submitted November 23, 2015; decided December 15, 2015

Motion to enlarge the record denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BELLON, on Behalf of ELZA YADGAROVA and LYUDMILA YAKUBOVA, Appellants, v YAACOV CHAI YONATONOV, Respondent.

Decided December 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the paper appealed from is not an order or judgment from which an appeal to the Court of Appeals may be taken (see CPLR 5512 [a]).

RODNEY SHERMAN, Appellant, v NEW YORK STATE THRUWAY AUTHORITY, Respondent.

Submitted December 7, 2015; decided December 15, 2015

Motion by New York City Transit Authority for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of KERRYANN THOMPSON, Respondent, v KEVIN FAWCETT, Appellant.

Decided December 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.